IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-4052-03-CR-C-SOW |
| ) | |
| MARQUITA MARIE ROBERTS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #63) from Magistrate Judge William A. Knox. Defendant Marquita Marie Roberts appeared before Magistrate Judge Knox on October 20, 2009, and entered a plea of guilty to Count I of the indictment filed on November 20, 2008. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Marquita Marie Roberts' plea of guilty is accepted and defendant Roberts is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Marquita Marie Roberts.

      /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED:   10/21/2009