IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America                Case Number: 08-4052-03-CR-C-NKL

    vs                                      Date:   February 18, 2010

Marquita Marie Roberts                  Recorder/CRD: J Russel


Honorable Nanette K. Laughrey  presiding at Jefferson City, Missouri

Time:  **1:04pm-1:21pm**                    **Dft pled to Count 1 of an Indictment on 10/20/09.**
                                        **Plea accepted by court on 10/21/09.**


**APPEARANCES**        Plaintiff:    Lauren Kummerer
                       Defendant:    Scott Hamblin
                       Probation:    Paul Mudd

X      Defendant appears in person and by counsel.
X      No legal cause found to delay.
X      PSI report received and reviewed by all parties.-no amendments made
X      Allocution accorded.
X      Dft sentenced to 60 months on Count 1.
X      Dft ordered to self-surrender on 6/1/2010
X      Special assessment of $100.
X      Fine waived
X      Court orders dft to term of 5 years of Supervised Release
       Special Conditions of Supervised Release :
       -      Defendant to successfully participate in any substance abuse counseling program, which may
              include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and
              pay any associated costs as directed by the Probation Office.
       -      Defendant shall submit his person, residence, office, or vehicle to a search, conducted by a U.S.
              Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable
              suspicion of contraband or evidence of a violation of a condition of release; failure to submit to
              a search may be grounds for revocation; the defendant shall warn any other residents that the
              premises may be subject to searches pursuant to this condition.
       -      Defendant shall successfully participate in any mental health counseling program, as approved
              by the Probation Office, and pay any associated costs, as directed by the Probation Office.
       -      Defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer,
              at any time.
X      Defendant advised of right to appeal.
X      Government's motion for downward departure and for additional one level reduction-granted by court.

Court recommends defendant be designated to an institution for participation in the 500 hour residential drug
treatment program.  Court also recommends defendant be designated as close as possible to Trout Lake,
Washington.